Jorge A. Burgos, Esq., SBN 189203
Darren M. Ballas, Esq., SBN 198584
LARSON, GARRICK & LIGHTFOOT, LLP
801 South Figueroa Street, Suite 1130
Los Angeles, California 90017
Tel (213) 404-4100 / Fax (213) 404-4123

Attorneys for Defendant & Counterclaimant,
VEE TYRE AND RUBBER CO., LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hopeway Holdings, Ltd., a Chinese Limited Company and Phyron Tire & Wheel, LLC., a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>Vee Rubber Corporation, Ltd. DBA Vee Tyre and Rubber Co., Ltd., a Thai Company,<br><br>Defendant. | CASE NO:  2:20-cv-00032-MWF-AGR<br><br>[Hon. Judge Michael W. Fitzgerald]<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Counter-Defendants, HOPEWAY HOLDINGS, LTD., and PHYRON TIRE & WHEEL, LLC, and Defendant and Counterclaimant, VEE TYRE & RUBBER CO., LTD., by and through their respective undersigned counsel and pursuant to Rules 7-1 and 52-4.1 of the Local Rules of the United States District Court for the Central District of California, having resolved and settled all claims in this case, hereby stipulate and agree to the entry of a final Order on Joint Stipulation for Dismissal with

1

1  Prejudice, with each party to bear its own attorneys' fees and costs, and with this Court

2

3  retaining jurisdiction to enforce the terms of the parties' September 21, 2023 Settlement

4  and Release Agreement.  If it becomes necessary for the parties to seek Court intervention

5  for enforcement of the settlement, the parties will file the September 21, 2023 Settlement

6  and Release Agreement under seal.

7

8  IT IS SO STIPULATED

9

10  Date: October 9, 2023                                      By:   /s/ Roger C. Hsu, Esq.
                                                              Roger C. Hsu, Esq.
11                                                            Attorneys for Plaintiffs/Counter-
                                                              Defendants Hopeway Holdings, Ltd.
12                                                            and Phyron Tire & Wheel, LLC.

13

14  Date: October 9, 2023                                      By: /s/ Jorge A. Burgos, Esq.
                                                              Jorge A. Burgos, Esq.
15                                                            Attorneys for Defendant/Counter-
                                                              Claimant Vee Tyre & Rubber Co.,
16                                                            Ltd.

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE