JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hopeway Holdings, Ltd., a Chinese Limited Company and Phyron Tire & Wheel, LLC., a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>Vee Rubber Corporation, Ltd. DBA Vee Tyre and Rubber Co., Ltd., a Thai Company,<br><br>Defendant. | CASE NO: CV 20-32-MWF-(AGRx)<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**ORDER ON JOINT STIPULATION
FOR DISMISSAL WITH PREJUDICE**

**THIS CAUSE** came before the Court upon the Joint Stipulation for Dismissal with Prejudice, by and between Plaintiffs/Counter-Defendants HOPWAY HOLDINGS, LTD. and PHYRON TIRE & WHEEL, LLC, on the one hand, and Defendant/Counterclaimant VEE TYRE & RUBBER CO., LTD., on the other (collectively, the "Parties"), and executed by counsel for the Parties, and the Court

being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this action is dismissed with prejudice with each party to bear its own attorneys' fees and costs.  The Court reserves jurisdiction to enforce the terms of the Parties' September 21, 2023 Settlement and Release Agreement. If it becomes necessary for the parties to seek Court intervention for enforcement of the settlement, the Parties will file the September 21, 2023 Settlement and Release Agreement under seal.

Dated:  October 10, 2023

_____
**MICHAEL W. FITZGERALD**
**United States District Judge**